```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                     PANAMA CITY DIVISION
```

IN RE:                                    CASE NO. 07-50298-PCY5
                                          CHAPTER 13
CAROLYN CHIFFON HINES


_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: TAYLOR, BEAN & WHITAKER which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 381568 in the amount of 233.23 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                           OFFICE OF THE CHAPTER 13 TRUSTEE
                           POST OFFICE BOX 646
                           TALLAHASSEE, FL 32302
                           ldhecf@earthlink.net
                           (850) 681-2734 "Telephone"
                           (850) 681-3920 "Facsimile"
</pre>

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

<pre>
CAROLYN CHIFFON HINES        TAYLOR, BEAN & WHITAKER
3008 E. 13TH COURT           1417 NORTH MAGNOLIA AVE.
PANAMA CITY,  FL  32401      OCALA, FL 34475-9078

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                                /s/Leigh D. Hart or
                                /s/William J. Miller, Jr.
11/30/2009  2:47 pm / CR_213       OFFICE OF CHAPTER 13 TRUSTEE
</pre>